# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL M. SMITH,<br><br>Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>Defendant. | Case No.  1:26-cv-04917-SAB<br><br>ORDER DISCHARGING JUNE 29, 2026 ORDER TO SHOW CAUSE<br><br>ORDER GRANTING JENNIFER L. DUNN'S *PRO HAC VICE* APPLICATION<br><br>(ECF Nos. 4, 9) |

On June 29, 2026, the Court issued an order to show cause ordering attorney Jennifer L. Dunn to show cause in writing why the Court should not deny her application to proceed *pro hac vice*. (ECF No. 9.)  The Court observed that Dunn had applied four times to appear *pro hac vice* in the last year in this District, including the application in this matter.  (Id.)  Dunn has timely complied, and in addition to a thorough explanation as to why the application should not be denied, Dunn proffers that, "[i]n a good faith showing and effort to demonstrate counsel's intention not to abuse the privilege of appearing *pro hac vice* before this Court, Plaintiff's counsel shall refrain from any further applications to appear *pro hac vice* within the Eastern District of California for the remainder of the year." (ECF No. 10, ¶ 9.)

Having reviewed the response to the order to show cause, the Court is satisfied and hereby DISCHARGES the June 29, 2026 order to show cause.  (ECF No. 9.)

/ / /

1

The Court now turns to the application of Jennifer L. Dunn—attorney for Plaintiff Paul M. Smith—for admission to practice *pro hac vice*.  L.R. 180(b)(2).

Following review, the application for admission to practice *pro hac vice* is HEREBY GRANTED.  (ECF No. 4.)  The *pro hac vice* attorney is DIRECTED to request filing access through PACER.

IT IS SO ORDERED.

Dated:   **July 6, 2026**

STANLEY A. BOONE
United States Magistrate Judge

2